JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCY ESTRADA CARRILLO, an Individual, | CASE NO. 2:15-cv-00015-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SMITH'S FOOD & DRUG CENTERS, INC., a Ohio Corporation; DOES I through V, inclusive, | |
| Defendant. | |

WHEREAS, the parties and their respective counsel participated in a private mediation on December 29, 2015, during which the parties and their counsel were able to agree upon a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between KEITH E. GALLIHER, JR., ESQ. of THE GALLIHER LAW FIRM, Attorneys for Plaintiff LUCY ESTRADA CARRILLO, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys

///
///
///
///
///
///
///
///

CLAC 3300600.1

for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that all claims herein of Plaintiff LUCY ESTRADA CARRILLO against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Respectfully submitted this 2nd day of February, 2016.

| THE GALLIHER LAW FIRM. | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Keith E. Galliher, Jr. | /s/Jerry S. Busby |
| KEITH E. GALLIHER, JR., ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 000220 | Nevada Bar No. 001107 |
| 1850 E. Sahara Avenue– Suite #107 | 6060 Elton Avenue – Suite A |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89107 |
| (702) 735-0049 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| LUCY ESTRADA CARRILLO | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: February 2, 2016.

_____
UNITED STATES DISTRICT JUDGE

CLAC 3300600.1

2